# Order

**Michigan Supreme Court**
**Lansing, Michigan**

June 23, 2008

136036

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

CRAIG STEVEN BLANCHARD,
      Plaintiff-Appellant,

v

    SC: 136036
    COA: 282362
    Ingham CC: 07-000725-AA

DEPARTMENT OF CORRECTIONS,
      Defendant-Appellee.

_____/

     On order of the Court, the application for leave to appeal the December 27, 2007 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



     I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

June 23, 2008

s0616

                                Clerk